IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WELSCO, INC.                                                                                          PLAINTIFF

v.                                          Case No. 4:12-cv-00394-KGB

MIKE BRACE                                                                                         DEFENDANT

## ORDER

Before the Court is Defendant's Motion for Admission *Pro Hac Vice* (Dkt. No. 3). The motion is granted pursuant to Local Rule 83.5(d). C. Larry Carbo, III and Julie Offerrman, in addition to Wm. Dean Overstreet, shall be counsel of record for Mike Brace.

SO ORDERED this the 10 day of July, 2012.

_____
Kristine G. Baker
United States District Judge