IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WELSCO, INC.**                                                                **PLAINTIFF**

v.                            **Case No. 4:12CV00394 KGB**

**MIKE BRACE**                                                            **DEFENDANT**

## ORDER

William Dean Overstreet, counsel for defendant Mike Brace, moves for the admission of William S. Hefland *pro hac vice* (Dkt. No. 45). The motion is granted pursuant to Local Rule 83.5(d). Mr. Hefland shall be added as counsel of record for defendant Mike Brace.

SO ORDERED this the 12th day of July, 2013.

_____
Kristine G. Baker
United States District Judge