IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WELSCO, INC.**                                                                                          **PLAINTIFF**

v.                               Case No. 4:12-CV-00394 KGB

**MIKE BRACE**                                                                                           **DEFENDANT**

## ORDER

Before the Court is defendant Mike Brace's motion to compel (Dkt. No. 49). The Court will conduct a telephone hearing on the motion on Friday, September 13, 2013, at 10:00 a.m. Central Standard Time. The conference call information is as follows:

- Dial-in number:     (888) 273-3658

- Access code:        3848262

SO ORDERED this 12th day of September, 2013.

_____
Kristine G. Baker
United States District Judge