# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WELSCO, INC.**                                                                                                **PLAINTIFF**

v.                                              Case No. 4:12-CV-00394 KGB

**MIKE BRACE**                                                                                                **DEFENDANT**

## ORDER

On the Court's own motion, this matter is removed from the trial docket for the week of October 21, 2013. Another civil case with a lower case number is scheduled to proceed to trial that week. All unexpired deadlines in this matter are suspended. A new trial date will be set and an Amended Final Scheduling Order will be issued by separate order. The Court has under advisement the parties' motions for summary judgment and other pending motions.

SO ORDERED this the 11th day of October, 2013.

_____
Kristine G. Baker
United States District Judge